# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2014

*The Court of Appeals hereby passes the following order:*

## A14A1647.  TURNER v. GRISSOM.

Michael Turner filed an appeal in the above styled-case following this Court's grant of his application for discretionary appeal in Case No. A14D0275, *Turner v. Grissom*.  Upon review of the appellate record and the applicable law, this Court concludes that it improvidently granted Turner's application for discretionary appeal. Consequently, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   12/17/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*